*Erik T. Lohr*, special deputy assistant state's attorney, in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* HOWARD F.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 702 (AC 24281), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

*Christine Collyer*, special deputy assistant state's attorney, in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* OSCAR L. ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 854 (AC 24331), is denied.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* PEDRO S.

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 183 (AC 24096), is denied.